IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

YVONNE MARTINEZ,

    Plaintiff,

vs.                                                                                       No. CIV 15-1007 JP/SMV

HARTFORD FINANCIAL GROUP, LLC,

    Defendant.

## ORDER OF DISMISSAL

On November 17, 2015, United States Magistrate Judge Stephan M. Vidmar filed a MEMORANDUM OPINION AND ORDER (Doc. No. 3) ruling that Plaintiff had not adequately alleged jurisdiction based upon diversity of citizenship and allowing Plaintiff until December 8, 2015 to file an amended complaint that would provide sufficient allegations of jurisdiction. Plaintiff has not filed an amended complaint and the deadline for doing so has passed.  In the MEMORANDUM OPINION AND ORDER (Doc. No. 3) Judge Vidmar stated that "the Court may dismiss this action without prejudice" if an amended complaint were not filed by December 8, 2015.  Because Plaintiff failed to file a timely amended complaint, this case should be dismissed without prejudice.

IT IS ORDERED that this action is dismissed without prejudice.

_____
SENIOR UNITED STATES DISTRICT JUDGE